UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| In Re: | BK Case No. 09-20496-TLM |
|---|---|
| LEONARD O. WALLACE and PAMELA J. WALLACE, | Case No. 2:10-CV-113-BLW |
| Debtors-in-Possession. | **AMENDED ORDER OF REFERENCE** |

IT IS HEREBY ORDERED that this Bankruptcy Appeal is referred to Chief United States Magistrate Judge Candy Wagahoff Dale pursuant to 28 U.S.C. § 636(b) for issuance of a Report and Recommendation subject to de novo review.

A party objecting to the Report and Recommendation shall file written objections with the court within fourteen (14) days of the issuance of the Report and Recommendation. The Court will make a de novo determination of those portions to which objection is made. 28 U.S.C. §636(b)(1)(B); Local Rule 72.1.

DATED: **January 27, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**